UNITED STATES of America,
Plaintiff–Appellee,

v.

Herdis Neal BROWN, Defendant–
Appellant.

No. 10–14393
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 20, 2011.

Robert G. Davies, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, J. Ryan Love, U.S. Attorney's Office, Panama City, FL, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Jonathan Wesley Dingus, Jonathan Wesley Dingus, Panama City, FL, for Defendant–Appellant.

---

**2.** Section 3600 was enacted on October 30, 2004, while the evidence was destroyed on

June 21, 2004.

Herdis Neal Brown, Tallahassee, FL, pro se.

Before HULL, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Herdis Neal Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's convictions and sentences are **AFFIRMED.**